UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Goldklang,

                Plaintiff(s),

      -against –

                                           **O R D E R**

                                      7:21-CV-11067 (CS)


Equifax Information Services LLC et al,

                Defendant(s).
------------------------------------------------------------X
Seibel, J.

      It having been reported to this Court that the claims in this case have been settled **(as only to Defendant American Express Company)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant American Express Company)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As the settlement disposes of the claims as to the only remaining Defendant, the Clerk shall close the case.**


      **SO ORDERED**.

Dated: January 10, 2023

      White Plains, New York



                                  _____

                                    CATHY SEIBEL, U.S.D.J.